Copy mailed to pla. 11-18-19 Dh

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
RONALD BARNES,
                Plaintiff,

v.

**ORDER**

CORRECT CARE SOLUTIONS, ORANGE
COUNTY JAIL MEDICAL DEPT., DR.
PHILMAN, and OTHER STAFF,
                Defendants.

18 CV 12288 (VB)
------------------------------------------------------------x

      On September 13, 2019, the Court issued an Order in response to the Orange County Jail Medical Department's attempt to identify the Jane Doe defendant as described in the complaint. (Doc. #16).

      The September 13 Order instructed plaintiff, who is proceeding pro se and in forma pauperis, to file, by October 4, 2019, a letter providing a more detailed description of the Jane Doe defendant, so that the Jane Doe defendant can be identified and served. (Id.).

      Plaintiff has failed to submit such letter.

      Accordingly, the Court sua sponte extends to December 2, 2019, plaintiff's time to submit a letter providing a more detailed description of the Jane Doe defendant as described in the complaint.

      **If plaintiff fails to satisfy this deadline, the Court will dismiss the case as to the Jane Doe defendant without prejudice for failure to prosecute or failure to comply with court orders. Fed. R. Civ. P. 41(b).**

      The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

      The Clerk is instructed to terminate the motion (Doc. #152).

1

The Clerk further is instructed to mail a copy of this Order to plaintiff at the address on the docket.

Dated: November 18, 2019
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge