UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROLAND BARNES,

                            Plaintiff,

        -against-

CORRECT CARE SOLUTIONS, LLC; DR.
PHILMAN; and OTHER STAFF of the Orange
County Jail Medical Department,

                          Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/29/2020

18 **CIVIL** 12288 (VB)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 29, 2020, defendants' motion to dismiss is GRANTED. Plaintiff's claims against all defendants are dismissed. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore in forma pauperis is denied for the purpose of any appeal; accordingly, this case is closed.

**Dated:** New York, New York

        June 29, 2020

                                                **RUBY J. KRAJICK**

                                                  **Clerk of Court**

                 **BY:**

                                                  **Deputy Clerk**